**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

JORDAN OWENS,

    Plaintiff,      :      Case No. 2:22-cv-2001

   -vs-      Judge Sarah D. Morrison
         Magistrate Judge Chelsey M. Vascura

MICHAEL JAMESON, *et al.*,

     :

    Defendants.

**ORDER**

*Pro se* Plaintiff Jordan Owens seemingly objects to the Magistrate Judge's June 3, 2022 Order (ECF No. 11) allowing him to amend his complaint. (ECF No. 18, Page IDs 80, 83, 86.) Mr. Owens filed a Second Amended Complaint on August 1, 2022. (ECF No. 23.) His objection is therefore **OVERRULED** as **MOOT**.

    **IT IS SO ORDERED**.

                               s/Sarah D. Morrison
                               **SARAH D. MORRISON**
                               **UNITED STATES DISTRICT JUDGE**